**ERROR! MAIN DOCUMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNIBAL PICTURES, a California corporation,<br><br>   Petitioner,<br><br>   v.<br><br>LES FILMS DE L'ELYSEE, a Belgium corporation,<br><br>   Respondent. | Case No. CV12-06434 CAS (JCGx)<br><br>(Case assigned to Hon. Christina J. Snyder)<br><br>**JUDGMENT**<br><br>Hearing Date: September 10, 2012<br>Time:  10:00 a.m.<br>Dept.:  5 |

Petitioner HANNIBAL PICTURES' Motion for an Order Confirming Arbitration Award ("Motion") came on regularly for hearing on September 10, 2012, at 10:00 a.m., in Department 5 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012. Appearances were as noted on the record. On September 27, 2012, the Court requested additional briefing, and Petitioner submitted further written argument in support of the Motion.

This matter having been fully argued and considered, and proof being made to the satisfaction of the Court, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

///

1. The Final Award of the IFTA International Arbitration Tribunal, dated May 15, 2012, resolving Case No. 11-44 ("May 15, 2012 Award") is confirmed in all respects;

2. Respondent LES FILMS DE L'ELYSEE ("Respondent" or "Les Films") shall pay to Petitioner HANNIBAL PICTURES ("Petitioner" or "Hannibal") damages in the amount of One Hundred Thousand Four Hundred Eighty Seven Dollars ($100,487.00) ("Award Amount"), in accordance with the terms of the May 15, 2012 Award;

3. Respondent Les Films shall pay to Petitioner Hannibal pre-judgment interest on the Award Amount, at the rate of ten percent (10%) per annum, from the date of entry of the May 15, 2012 Award to the date of entry of Judgment pursuant to this Motion, totaling Six Thousand One Dollars and Sixty Nine Cents ($6,001.69)[1]; and

4. Respondent Les Films shall pay to Petitioner Hannibal post-judgment interest on the total of the Award Amount and pre-judgment interest thereon, at the applicable rate based on the weekly average one year constant maturity Treasury yield, from the date of entry of this Judgment to the date of full and final payment hereunder.

DATED: December 20, 2012          By: _Christina A. Snyder_

United States District Court Judge

---

[1] Calculated for the period May 15, 2012 through December 19, 2012.